**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, SAM BENFORD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM BENFORD,<br><br>            Plaintiff,<br><br>      vs.<br><br>REDONDO GLASS INC.; and DOES 1 to 10,<br><br>            Defendants. | **Case No.: 2:22-cv-05857 JAK (AGRx)**<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff SAM BENFORD ("Plaintiff") and Defendant REDONDO GLASS INC. stipulate and jointly request that this Court dismiss, with prejudice, the above-captioned action, in its entirety. Each party shall bear his/her/its own costs and attorneys' fees.

Respectfully submitted,

DATED:  May 15, 2023          SO. CAL. EQUAL ACCESS GROUP

By:   /s/  Jason J. Kim
      Jason J. Kim
      Attorneys for Plaintiff

Dated:  May 15, 2023

By:  /s/ Stanley D. Bowman
     Stanley D. Bowman,
     Attorney for Defendant,
     Redondo Glass Inc.

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  May 15, 2023          By: /s/ Jason J. Kim
                                  Jason J. Kim